# EXHIBIT B

**FFS Data, Inc.**
Cash flow Budget - 90 days

| | Month One | Month Two | Month Three |
|---|---:|---:|---:|
| **Revenue** | | | |
| **Service revenue** | | | |
|    Subscription Revenue | 950,000 | 1,000,000 | 1,100,000 |
|    Google Revenue | 30,000 | 31,000 | 32,000 |
|    IndyMac | 85,000 | 90,000 | 95,000 |
|    Freedie Mac | 10,500 | 10,500 | 10,500 |
|    Webinar Sales/Net book Revenue | 500 | 500 | 500 |
|    Amazon.com | 2,800 | 2,800 | 2,800 |
|    Williams & Williams | 2,500 | 2,500 | 2,500 |
|    REDC | 17,000 | 18,000 | 19,000 |
|      Total cash receipts | 1,098,300 | 1,155,300 | 1,262,300 |
| **Cost of revenue** | | | |
| **Revenue sharing expense** | | | |
|    Affiliate Revenue Sharing | 180,000 | 190,000 | 200,000 |
| **Cost per click/Cost per lead** | | | |
|    Google - CPC | 110,000 | 160,000 | 250,000 |
|    Yahoo Search Marketing - CPC | 60,000 | 65,000 | 70,000 |
|    MSN Adcenter - CPC | 6,000 | 7,000 | 8,000 |
|    Other - CPC | 15,000 | 17,000 | 19,000 |
|    US Hud | 5,000 | 5,000 | 5,000 |
| **Processing fees** | | | |
|    Merchant processing Fees | 40,000 | 40,000 | 40,000 |
| **Data costs** | | | |
|    Data Purchase | 55,000 | 55,000 | 55,000 |
| **Commission costs - out of house** | | | |
|    Commission Junction | 4,000 | 4,000 | 4,000 |
|      Total Cost of Revenue | 475,000 | 543,000 | 651,000 |
|      Gross Profit | 623,300 | 612,300 | 611,300 |
| **Operating expense** | | | |
| **Computer expense:** | | | |
|   **Computer Hosting** | 9,600 | 9,600 | 9,600 |
|   **Computer Other** | 2,000 | 2,000 | 2,000 |
| **Consulting Expense:** | | | |
|    Active Data Technologies, Inc. | 390,000 | 390,000 | 390,000 |
|    Active Data Group, Inc. | 150,000 | 150,000 | 150,000 |
|    Palm Beach Investments, Inc. | 20,000 | 20,000 | 20,000 |
|    Visual Graphics | 18,750 | 18,750 | 18,750 |
| **Maintenance and repairs** | | | |
|    Repairs And Maintenance | 2,000 | 2,000 | 2,000 |
| **Plant operations** | | | |
|    Rent | 54,954 | 54,954 | 54,954 |
|    Gas & Electric | 3,500 | 3,500 | 3,500 |
|    Telephone | 4,000 | 4,000 | 4,000 |
|    Cell Phones | 600 | 600 | 600 |
|    Cable Tv | 105 | 105 | 105 |
| **Travel and entertainment** | | | |
|    Travel | 3,500 | 3,500 | 3,500 |
|    Auto-Other | 1,000 | 1,000 | 1,000 |
|    Lodging | 4,355 | 4,355 | 4,355 |
|    Meals | 1,400 | 1,400 | 1,400 |
| **Office expenses** | | | |
|    Office supplies and expenses | 15,000 | 15,000 | 15,000 |
| **Marketing expenses** | | | |
|    Marketing | 30,000 | 30,000 | 30,000 |
| **Payroll expenses** | | | |
|    Payroll Expense | 9,583 | 9,583 | 9,583 |
| **Professional fees** | | | |
|    Accounting Fees | - | - | - |
|    Legal Fees | 7,500 | 7,500 | 7,500 |
| **Licenses** | | | |
|    Licenses And Permits | 400 | 400 | 400 |
|    USTA Quarterly Fee | 2,166 | 2,167 | 2,167 |
|      Total Operating expense | 730,413 | 730,414 | 730,414 |
|      **Cash from Operations** | (107,113) | (118,114) | (119,114) |